IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 6 – 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01920-EWN-BNB

DAVID LEE EDWARDS,

Plaintiff,

v.

XO COMMUNICATIONS,

Defendant.

___

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

___

This matter is before me on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. §1915. The Court has granted plaintiff(s) leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendant(s). If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. §1915 and all other orders upon the defendant(s). If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed.R.Civ.P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendant(s) or counsel for the defendant(s) shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendant(s).

Dated November 23, 2005.

> BY THE COURT:
>
> /s/ Boyd N. Boland
> United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01920-EWN-BNB

David Lee Edwards
19112 E. Wyoming Pl., #105
Aurora, CO 80017

US Marshal Service
Service Clerk
Service forms for: XO Communications

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to the U.S. Marshal for process of service on XO Communications: COMPLAINT, SUMMONS, NOTICE OF WAIVER, AND CONSENT FORM on 12-6-05

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk

| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>*See Instructions for "Service of Process by the U.S. Marshal"*<br>*on the reverse of this form.* |
|---|---|

| PLAINTIFF<br>David Lee Edwards | COURT CASE NUMBER<br>05-cv-01920-EWN-BNB |
|---|---|
| DEFENDANT<br>XO Communications | TYPE OF PROCESS<br>s/c |

**SERVE ➡ AT**

| NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>XO Communications |
|---|
| ADDRESS *(Street or RFD, Apartment No., City State and Zip Code)*<br>10000 Park Meadows Dr., Lone Tree, CO 80124 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:<br>David Lee Edwards<br>19112 E. Wyoming Place., #105<br>Aurora, CO 80017 | Number of process to be served with this Form - 285 | 1 |
|---|---|---|
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)*:

Personal Service

| Signature of Attorney or other Originator requesting service on behalf of:<br>Deputy Clerk | X PLAINTIFF<br>___ DEFENDANT | TELEPHONE NUMBER<br>303-844-3433 | DATE<br>12/06/05 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br><br>No. | District to Serve<br><br>No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ____ have personally served, ____ have legal evidence of service, ____ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, etc., shown at the address indicated below.

____ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served *(if not shown above)* | ____ A person of suitable age and discretion then residing in the defendant's usual place of adobe. |
|---|---|
| Address *(complete only if different than shown above)* | Date of Service | Time | am<br>pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges<br>(including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

| PRIOR EDITIONS<br>MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|