IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01920-EWN-BNB

DAVID LEE EDWARDS,

Plaintiff,

v.

XO COMMUNICATIONS,

Defendant.

_____

**ORDER**
_____

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before **April 20. 2006**, the parties shall file a stipulation of or

motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated April 6, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge