IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01920-EWN-BNB

DAVID LEE EDWARDS,

    Plaintiff,

v.

XO COMMUNICATIONS,

    Defendant.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the parties' Stipulation of Dismissal of this action with prejudice under Rule 41(a)(1) of the Federal Rules of Civil Procedure and the Court, being fully advised in the premises, does hereby

APPROVE the parties' stipulation and ORDER the dismissal of this action with prejudice, each party to bear its own costs.

Entered as an Order of the Court this 7th Day of April, 2006.

                BY THE COURT:

                s/ Edward W. Nottingham
                EDWARD W. NOTTINGHAM
                United States District Judge